# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

———oOo———

FILED
JUL 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

CARLOS CASTELAR-TRUJILLO

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:11-CR-197 LJO

   I, Carlos Castelar-Trujillo, the above named defendant, who is accused of two counts of Using a Communication Facility to Facilitate a Felony Drug Trafficking Offense in violation of Title 21 United States Code Section 843(b), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
CARLOS CASTELAR-TRUJILLO
*Defendant*

_____
JON K. RENGE
*Counsel for Defendant*

7-19-12

Before _____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

(Rebecca _____)
Certified Court Interp.
(Oath on File).